SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar Number 8264
TINA M. SNELLINGS
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Tina.Snellings@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEVONTE DEVON JACKSON,<br><br>Defendant. | **CRIMINAL INDICTMENT**<br><br>Case No. 2:25-cr-0240-GMN-BNW<br><br>**VIOLATIONS:**<br><br>18 U.S.C. § 1951- Interference with Commerce by Robbery<br><br>18 U.S.C. § 924(c)(1)(A)(ii) -Brandishing of a Firearm During a Crime of Violence |

**THE GRAND JURY CHARGES:**

COUNT ONE
Interference with Commerce by Robbery
(18 U.S.C. § 1951)

On or about July 16, 2025, in the State and Federal District of Nevada,

**DEVONTE DEVON JACKSON,**

defendant herein, unlawfully obstructed, delayed, and affected, and attempted to obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the

defendant did unlawfully take and obtain property, that is, approximately $327,620 in United States currency, from the person and in the presence of an employee and agent of Loomis Armored US, LLC who was operating an armored truck, which was parked at 9801 West Charleston Boulevard, Las Vegas, Nevada, against the will of said employee and agent, and by means of actual and threatened force, violence, and fear of injury to the person of said employee and agent, all in violation of Title 18, United States Code, Section 1951.

### COUNT TWO
Brandishing of a Firearm During a Crime of Violence
(18 U.S.C. § 924(c)(1)(A)(ii))

On or about July 16, 2025, in the State and Federal District of Nevada,

**DEVONTE DEVON JACKSON**,

defendant herein, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Interference with Commerce by Robbery, as charged in Count One of this Indictment, knowingly used and carried a firearm, that is: a black handgun, said firearm being brandished, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

**DATED:** this August 13, 2025.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

SIGAL CHATTAH
Acting United States Attorney

TINA M. SNELLINGS
Assistant United States Attorney

2