SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar Number 8264
TINA SNELLINGS
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336
Tina.Snellings@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEVONTE DEVON JACKSON,<br><br>Defendant. | Case No. 2:25-cr-00240-GMN-BNW<br><br>**Government's Notice of Non-Opposition to Defendant's Motion for Leave to File Excess Pages [ECF No. 21]** |

The United States of America, through Sigal Chattah, Acting United States Attorney, and Tina Snellings, Assistant United States Attorney, does not oppose Defendant's Motion for Leave to File Excess Pages [EFC No. 21].

Dated:  August 29, 2025

                                                  Respectfully Submitted,

                                                  SIGAL CHATTAH
                                                  Acting United States Attorney

                                                  */s/ Tina Snellings*
                                                  TINA SNELLINGS
                                                  Assistant United States Attorney