1  LAYLA MEDINA
   Nevada State Bar No. 14740
2  309 S. Third St. #226
   Las Vegas, Nevada 89155-2610
3  (702) 455-0926
   Layla.Medina@clarkcountynv.gov
4
   Attorney for Amicus Curiae NACJ
5
                    UNITED STATES DISTRICT COURT
6                        DISTRICT OF NEVADA

7  United States of America,
                                    Case No. 25-cr-240-GMN-BNW
8           Plaintiff,
                                    **Motion for Leave to File Brief of**
9       v.                          **Amicus Curiae Nevada**
                                    **Attorneys for Criminal Justice**
10 Devonte Jackson,

11          Defendant.

Amicus Curiae Nevada Attorneys for Criminal Justice seek leave to file the attached Brief of Amicus Curiae. *See* Ex. 1.

**I.  Identity & Interests of Amicus Curiae**

Nevada Attorneys for Criminal Justice (NACJ) is a state-wide non-profit organization of criminal defense attorneys in Nevada. NACJ represents the interests of the defense bar and the clients they represent through public policy, legislative, and judicial advocacy. NACJ's is institutional: ensuring that Congress's statutory framework governing who may serve as United States Attorney is followed so charging decisions, plea bargaining, trials, and appeals proceed under lawful, predictable authority that commands public confidence and honors separation-of-powers principles..

**II.  A Brief of Amicus Curiae is Desirable**

No local rule or rule of procedure governs briefs of amicus curiae before a magistrate or district court judge. Nonetheless, this Court "has broad discretion to grant or refuse a prospective *amicus* participation." *United States v. Paredes-Medina*, No. 2:21-cr-00323-CDS-DJA, 2022 WL 7683738, at *1 (D. Nev. Oct. 22, 2022) (citing *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982) *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995)). "Traditionally, amici curiae fulfill three classic roles: (1) assist in a case of public interest, (2) supplement the efforts of counsel, and (3) draw the court's attention to law that escaped consideration." *Wild Horse Education v. United States Dept. of Interior*, No. 3:23-cv-00372-LRH-CLB, 2023 WL 5918077, at *1 (D. Nev. Aug. 7, 2023) (citing *Miller-Wohl Co. v. Comm'r of Lab. & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982)).

The proposed brief of amicus curiae satisfies all three criteria.

First, this case is of immense public interest. Both local and national media outlets have reported on the current U.S. Attorney for the District of Nevada, and in particular her continued tenure "without congressional approval."[1] And setting aside the media spotlight, the question presented—the dubious legal provenance of Nevada's top federal law enforcement officer—is inherently a matter of public interest.

Second, Amicus Curiae NACJ's proposed brief supplements the arguments made by the FPD's office, focusing on separate but related issues like the Founding-era pedigree of the statutory appointment process and the foreseeable harm—both to public confidence in federal prosecutions and to day-to-day prosecutorial duties—that is caused by disregarding the statutory-appointment framework. These arguments complement and contextualize the FPD's arguments.

Third, because NACJ's proposed brief covers issues the FPD's motion doesn't (or only addresses briefly) it points to law that would otherwise escape consideration.

---

[1] Danny Hakim, *Challenge Emerges to Two Trump-Appointed Prosecutors*, New York Times, August 29, 2025 (https://www.nytimes.com/2025/08/29/us/us-attorney-los-angeles-nevada-challenge.html); see also Isabella Aldrete, *Trump extends Sigal Chattah's term as US attorney despite opposition from Nevada senators*, The Nevada Independent, July 29, 2025 (https://thenevadaindependent.com/article/trump-extends-sigal-chattahs-term-as-us-attorney-despite-opposition-from-nevada-senators).

Because NACJ's proposed brief satisfies the relevant criteria, the Court should exercise its discretion to grant NACJ leave to file its proposed amicus curiae brief.

### III. Conclusion

Amicus curiae NACJ respectfully request that this Court accept and consider the attached brief.

Dated: September 2, 2025

Respectfully submitted,

By: /s/ Layla Medina
LAYLA MEDINA
*Attorney for Amicus Curiae NACJ*