SUE FAHAMI
Executive Assistant
District of Nevada
Nevada Bar No. 5634
ADAM FLAKE
Appellate Division Chief and
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Adam.Flake@usdoj.gov
Attorneys for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEVONTE DEVON JACKSON,<br><br>Defendant. | Case No. 2:25-cr-00240-GMN-BNW<br><br>**NOTICE OF APPEAL** |

The United States hereby appeals the order of the District Court, ECF 42, entered on September 30, 2025. That order is immediately appealable under 28 U.S.C. § 1291 under the collateral order doctrine. *See, e.g.*, *United States v. Williams*, 68 F.4th 564, 569–70 (9th Cir. 2023); *United States v. Whittaker*, 268 F.3d 185, 191–92 (3d Cir. 2001).

DATED: October 2, 2025

    SUE FAHAMI
    Executive Assistant

    */s/ Adam Flake*
    _____
    ADAM FLAKE
    Appellate Division Chief and
    Assistant United States Attorney