1 TODD BLANCHE
Deputy Attorney General of the United States
2 SUE FAHAMI
Executive Assistant United States Attorney
3 District of Nevada
Nevada Bar Number 5634
4 ADAM FLAKE
Appellate Chief and
5 Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
6 Las Vegas, Nevada 89101
(702) 388-6336
7 Adam.Flake@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00240-GMN-BNW |
| Plaintiff, | **Certification** |
| v. | |
| DEVONTE DEVON JACKSON, | |
| Defendant. | |

**Certification: This pleading is timely.**

Pursuant to the Court's order dated September 30, 2025 (ECF No. 42), I certify for the purposes of this case that my immediate supervisor is Sue Fahami, Executive Assistant U.S. Attorney. For purposes of this case, Sue Fahami is supervised directly by Todd Blanche, Deputy Attorney General of the United States.

///

///

///

///

Sigal Chattah does not supervise this case or supervise me for purposes of this case.

Respectfully submitted this 6th day of October, 2025.

        TODD BLANCHE
        Deputy Attorney General of the United States

        */s/ Adam Flake*
        Appellate Chief and
        Assistant United States Attorney
        *Attorneys for the United States*