

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

OCT 14 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## CROSS APPEAL DOCKETING NOTICE

| | |
|---|---|
| Docket Numbers: | 25-6470, 25-6214 |
| Originating Case Number: | 2:25-cr-00240-GMN-BNW-1 |
| Short Title: | United States of America v. Jackson |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket numbers shown above have been assigned to this case. You must indicate these Court of Appeals docket numbers whenever you communicate with this court regarding the cases.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish these docket numbers immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket numbers when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**

Office of the Clerk
## United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## CROSS APPEAL TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Numbers: | 25-6470, 25-6214 |
| Originating Case Number: | 2:25-cr-00240-GMN-BNW-1 |
| Case Title: | United States of America v. Jackson |

This order vacates all brief due dates set by previously-issued time schedule orders. The parties will meet the following cross appeal time schedule.

**Friday, December 26, 2025**
United States of America                                  Cross Appeal First Brief Due

**Monday, January 26, 2026**
Devonte Devon Jackson                                    Cross Appeal Second Brief Due

**Wednesday, February 25, 2026**
United States of America                                  Cross Appeal Third Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the third brief on cross appeal. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**