UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEVONTE DEVON JACKSON,<br><br>　　　　　　Defendant. | Case No. 2:25-cr-00240-GMN-BNW<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. An interlocutory appeal is pending: *United States of America v. Jackson*, Case No. 25-6214 (9th Cir.). Oral argument is set for February 12, 2026. A decision will issue sometime after that date. The parties request a continuance to accommodate the interlocutory appeal.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS THEREFORE ORDERED that the parties herein shall have to and including April 10, 2026 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including April 24, 2026 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including May 1, 2026 to file any and all replies.

IT IS FURTHER ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be electronically submitted to the Court by the 7th day of May, 2026.

IT IS FURTHER ORDERED that the calendar call currently scheduled for January 20, 2026, at the hour of 9:00 a.m., be vacated and continued to May 12, 2026 at the hour of 9:00 a.m.; and the trial currently scheduled for January 26, 2026, at the hour of 8:30 a.m., be vacated and continued to May 18, 2026 at the hour of 8:30 a.m.

DATED this 11 day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE