TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
TINA M. SNELLINGS
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Tina.Snellings@usdoj.gov
*Attorneys for the United States of America*

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

APR 15 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SUPERSEDING CRIMINAL INDICTMENT** |
| Plaintiff, | |
| vs. | Case No. **2:25-cr-00240-GMN-BNW** |
| DEVONTE DEVON JACKSON, and LAKEEF RENE-HORTON COOPER, aka "S.B.," | <u>VIOLATIONS:</u> |
| Defendants. | 18 U.S.C. § 1951 – Conspiracy to Commit Interference with Commerce by Robbery; |
| | 18 U.S.C. § 1951 – Interference with Commerce by Robbery |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
Conspiracy to Commit Interference
with Commerce by Robbery
(18 U.S.C. § 1951)

Beginning on an unknown date, and continuing up to and including on or about July 16, 2025, in the State and Federal District of Nevada,

**DEVONTE DEVON JACKSON,**
**and**
**LAKEEF RENE-HORTON COOPER,**
**aka "S.B."**

defendants herein, did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the grand jury, to unlawfully obstruct, delay, and affect, and attempt to obstruct, delay and affect commerce, as that term is defined under Title 18, United States Code, Section 1951(b)(3),and the movement of any article and commodity in commerce, in any way and degree, by robbery as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendants and others known and unknown to the grand jury did agree to unlawfully take and obtain property, to wit: United States currency, from the person and in the presence of an employee and agent of Loomis Armored US, LLC, at or near 9801 West Charleston Boulevard, Las Vegas, Nevada on or about July 16, 2025, against the will of the employee and agent, and by means of actual and threatened force, physical violence, and fear of injury to the person of the employee and agent; all in violation of Title 18, United States Code, Section 1951.

## COUNT TWO
Interference with Commerce by Robbery
(18 U.S.C. § 1951)

On or about July 16, 2025, in the State and Federal District of Nevada,

**DEVONTE DEVON JACKSON,**
**and**
**LAKEEF RENE-HORTON COOPER,**
**aka "S.B."**

defendants herein, unlawfully obstructed, delayed, and affected, and attempted to obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery as

2

that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendants did unlawfully take and obtain property, to wit: United States currency, from the person and in the presence of an employee and agent of Loomis Armored US, LLC, at or near 9801 West Charleston Boulevard, Las Vegas, Nevada, against the will of said employee and agent, and by means of actual and threatened force, violence, and fear of injury to the person of the employee and agent, all in violation of Title 18, United States Code, Section 1951.

**DATED:** this April 15, 2026.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

TODD BLANCHE
Acting Attorney General of the United States

TINA M. SNELLINGS
Assistant United States Attorney

3