UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**MINUTES OF PROCEEDINGS**
GRAND JURY

DATE: 04 | 15 | 2                          TIME: 1:14pm to 1:16pm

PRESENT:

THE HONORABLE:

☐   NANCY J. KOPPE, U.S. Magistrate Judge

☒   BRENDA WEKSLER, U.S. Magistrate Judge

☐   DANIEL J. ALBREGTS, U.S. Magistrate Judge

☐   ELAYNA J. YOUCHAH, U.S. Magistrate Judge

☐   MAXIMILIANO D. COUVILLIER III, U.S. Magistrate Judge

☐   _____


COURTROOM ADMINISTRATOR:                COURT RECORDER:

☐   ARI C.                              ☒   NATASHA BACHMAN

☐   JEFF M.                             ☐   PHYLLIS ANDERSON

☐   ANGELA R.                           ☐   _____

☒   ELVIA G.

☐   TAWNEE R.                           COURTROOM:

☐   CHANTAL T.                          ☐   3A          ☐   3C

☐   _____            ☒   3B          ☐   3D

ASSISTANT UNITED STATES ATTORNEY: ___Tine Snellings_____

A roll call of the Grand Jury is taken with _20_ members present, which constitutes a quorum. The foreperson of the Grand Jury presents its partial report and indictments.

On the motion of the United States Attorney,

**IT IS ORDERED** that the said report and indictment(s) be filed.

**IT IS FURTHER ORDERED** that the terms of release as to each defendant are fixed as indicated and that arrest warrants or summons be issue where indicated on the attached calendar.

## GRAND JURY CALENDAR for APRIL 15, 2026

## United States District Court at Las Vegas, Nevada.  August 7, 2024, Term.

### Regular Grand Jury 24-01

| CASE NUMBER | PARTIES | CAUSE | AGENCY | STATUS |
|---|---|---|---|---|

**SUPERSEDING**
**2:25-cr-00240-GMN-BNW**

**TS    DEVONTE DEVON JACKSON,        18/1951        FBI**
**      And                          18/1951**
**      LAKEEF RENE-HORTON COOPER,**
**      aka "S.B."**

**DEFENDANT #1          LOCAL FEDERAL PRISON**

**A&P, Tuesday, April 21, 2026, at 1:00 pm in 3A - MDC**

**DEENDANT #2          SUMMONS**

**A&P, Friday, May 1, 2026, at 11:00 am in 3A - DJA**

**TRIAL DATE**
**08/31/2026**



FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 1 5 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY