**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

DEVONTE DEVON JACKSON, and LAKEEF RENE-HORTON COOPER,

        Defendant.

Case No. 2:25-cr-00240-GMN-BNW

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.    An interlocutory appeal is pending: *United States of America v. Jackson*, Case No. 25-6214 (9th Cir.). Oral argument took place on February 12, 2026, and the parties subsequently filed various supplemental authorities. A decision is pending. The parties request a continuance to accommodate the interlocutory appeal.

2.    Mr. Jackson is incarcerated and does not object to the continuance.

3.    Mr. Cooper is out of custody and does not object to the continuance.

4.    The parties agree to the continuance.

5.    The additional time requested herein is not sought for purposes of delay.

6.    Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

4

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

### ORDER

IT IS THEREFORE ORDERED that the parties herein shall have to and including August 31, 2026 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including September 14, 2026 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including September 21, 2026 to file any and all replies.

IT IS FURTHER ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be electronically submitted to the Court by the 19th day of November, 2026.

IT IS FURTHER ORDERED that the calendar call currently scheduled for August 25, 2026, at the hour of 9:00 a.m., be vacated and continued to November 24, 2026 at the hour of 9:00 a.m.; and the trial currently scheduled for August 31, 2026, at the hour of 8:30 a.m., be vacated and continued to November 30, 2026 at the hour of 8:30 a.m.

DATED this 2 day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE

5