RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Devonte Devon Jackson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEVONTE DEVON JACKSON, and LAKEEF RENE-HORTON COOPER,

Defendants.

Case No. 2:25-cr-00240-GMN-BNW

**STIPULATION TO CONTINUE MOTION DEADLINES AND TRIAL DATES**
(Fifth Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General, and Tina Snellings, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Devonte Devon Jackson, and Jess Marchese, counsel for Lakeef Rene-Horton Cooper, that the calendar call currently scheduled for November 24, 2026 at 9:00 a.m., and the trial scheduled for November 30, 2026 at 8:30 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than ninety (90) days.

IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including November 25, 2026, to file any and all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including December 9, 2026, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including December 16, 2026, to file any and all replies to dispositive motions.

The Stipulation is entered into for the following reasons:

1. The Ninth Circuit recently issued an order in the interlocutory appeal. Order, *United States of America v. Jackson*, Case No. 25-6214, Dkt. 61 (Aug. 17, 2026 9th Cir.). The government intends to file a petition for writ of certiorari. *See* Dkt. 62.1. The parties seek a continuance of this matter to accommodate the appellate process.

2. Mr. Jackson is incarcerated and does not object to the continuance.

3. Mr. Cooper is out of custody and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

/ / /

/ / /

/ / /

This is the fifth stipulation to continue filed herein.

DATED this 25th day of August, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Rick Mula*
RICK MULA
Assistant Federal Public Defender
Attorney for Devonte Devon Jackson

TODD BLANCHE
Attorney General

By */s/ Tina Snellings*
TINA SNELLINGS
Assistant United States Attorney

JESS MARCHESE
Marchese Law Offices

By */s/ Jess Marchese*
JESS MARCHESE
Attorney for Lakeef Rene-Horton Cooper

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEVONTE DEVON JACKSON, and LAKEEF RENE-HORTON COOPER,

Defendant.

Case No. 2:25-cr-00240-GMN-BNW

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Ninth Circuit recently issued an order in the interlocutory appeal. Order, *United States of America v. Jackson*, Case No. 25-6214, Dkt. 61 (Aug. 17, 2026 9th Cir.). The government intends to file a petition for writ of certiorari. *See* Dkt. 62.1. The parties seek a continuance of this matter to accommodate the appellate process.

2. Mr. Jackson is incarcerated and does not object to the continuance.

3. Mr. Cooper is out of custody and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including November 25, 2026 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including December 9, 2026 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including December 16, 2026 to file any and all replies.

IT IS FURTHER ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be electronically submitted to the Court by the ____ day of ________________, 2026.

IT IS FURTHER ORDERED that the calendar call currently scheduled for November 24, 2026, at the hour of 9:00 a.m., be vacated and continued to _________________ at the hour of ___:___ __.m.; and the trial currently scheduled for November 30, 2026, at the hour of 8:30 a.m., be vacated and continued to __________________ at the hour of ___:___ __.m.

DATED this ____ day of August, 2026.

______________________________
UNITED STATES DISTRICT JUDGE