**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEVONTE DEVON JACKSON, and LAKEEF RENE-HORTON COOPER,<br>Defendant. | Case No. 2:25-cr-00240-GMN-BNW<br><u>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER</u> |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Ninth Circuit recently issued an order in the interlocutory appeal. Order, *United States of America v. Jackson*, Case No. 25-6214, Dkt. 61 (Aug. 17, 2026 9th Cir.). The government intends to file a petition for writ of certiorari. *See* Dkt. 62.1. The parties seek a continuance of this matter to accommodate the appellate process.

2. Mr. Jackson is incarcerated and does not object to the continuance.

3. Mr. Cooper is out of custody and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including November 25, 2026 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including December 9, 2026 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including December 16, 2026 to file any and all replies.

IT IS FURTHER ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be electronically submitted to the Court by the 11th day of February, 2027.

IT IS FURTHER ORDERED that the calendar call currently scheduled for November 24, 2026, at the hour of 9:00 a.m., be vacated and continued to February 16, 2027 at the hour of 9:00 a.m.; and the trial currently scheduled for November 30, 2026, at the hour of 8:30 a.m., be vacated and continued to March 8, 2027 at the hour of 8:30 a.m.

DATED this 25 day of August, 2026.

UNITED STATES DISTRICT JUDGE